Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Washington Division

| | |
|---|---|
| Vincent N. Cannady <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Broughton M. Earnest <br> Paul B. Dewolfe, Jr. <br> Rebecca Feldman <br> Talbot County Commissioner 3151 <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case: 1:20-cv-02462   JURY DEMAND <br> Assigned To : Jackson, Ketanji Brown <br> Assign. Date : 8/31/2020 <br> Description: PRO SE GEN CIV (F-DECK) <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vincent N. Cannady |
   | Street Address | 17472 S 2950 Road |
   | City and County | El Dorado Springs and Vernon |
   | State and Zip Code | Missouri and 64744 |
   | Telephone Number | 202-253-2300 |
   | E-mail Address | vnc@rocketmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Broughton M. earnest |
| Job or Title *(if known)* | Retiredd Circuit Judge Talbot County |
| Street Address | 11 N Washington St # 16 |
| City and County | Easton and Talbot |
| State and Zip Code | Maryland and 21601 |
| Telephone Number | 410-822-611 |
| E-mail Address *(if known)* | broughton.earnest@mdcourts.go |

Defendant No. 2

| | |
|---|---|
| Name | Paul B. DeWolfe Jr. |
| Job or Title *(if known)* | Public Defender |
| Street Address | 6 St. Paul Street Suite 1400 |
| City and County | Baltimore and Baltimoret |
| State and Zip Code | Maryland and 21202 |
| Telephone Number | 410-767-8460 |
| E-mail Address *(if known)* | pdwolfe@opd.state.md.us |

Defendant No. 3

| | |
|---|---|
| Name | Rebecca Feldman |
| Job or Title *(if known)* | Deputy Public Defender |
| Street Address | 6 St. Paul Street Suite 1400t |
| City and County | Baltimore and Baltimorett |
| State and Zip Code | Maryland and 21202 |
| Telephone Number | 410-767-8460 |
| E-mail Address *(if known)* | rfeldman@opd.state.md.u or bfeldman@opd.state.md.uss |

Defendant No. 4

| | |
|---|---|
| Name | Talbot County Commisioner 3151 |
| Job or Title *(if known)* | Commisioner |
| Street Address | 108 W Dover Street |
| City and County | Easton and Talbot |
| State and Zip Code | Maryland and 21601 |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*   Petticolas, Kisha <KPetticolas@opd.state.md.us>

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act of 1994, Civil Rights Act of 1964 Title V, 4th Amendment to the Constitution, 5th Amendment to the Constition, 6th Amendment to the Constitution, 28 U.S.C paragraphs 1331 and 1332, 38 U.S.C, -Article IV, § 3A and Judicial Proceedings Article § 1-302 of the Maryland Constitution,

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* Vincent N. Cannady, is a citizen of the State of *(name)* Missouri.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       The defendant, *(name)* __Broughto M. Earnestr__, is a citizen of the State of *(name)* __Maryland__. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

       Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

9,999,999.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff had a case in Maryland that was dismaissed because of an ADA Nolle Plaintiff submitted in 2019 April 22nd. The case was reinstated on 090909. No ADA Motions have been granted since then. The Plaintiff objected the assigning of a Public Defender, the Judge ruled that the Public Defender will not be removed unless Plaintiff appears in open Court in violations of the Plaintiffs no Court Appearance ADA Letter from three doctors because of his heart conditions. The States Attorney will not engage in Discovery as long as the Public Defender is still on the case. The Plainitff has filed an four Appeals in the case and the Appeals never get to Brief because of Objections. The Plaintiff seeks ADR which was refused or any mediation. No one will communicate with the Plaintiff

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injnctive Relief of Court Ordered ADR in Liue of Payment for the violations, if no ADR then the Plaintiff seeks 9 million 9 hundred and 99 thoughsand for the violations of the Plaintiffs Civil Rights including the Intentional Infliction of Emotional Distress of having the case dismissed and then reinstated when there was no violent felont nor does the Plaintiff have a criminal conviction because he is a Contractor for the US Government and the Plaintiffcannot get access to Congress and the US Government Agencies without going to Maryland where the Plaintiff faces retaliation

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/18/2020

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Vincent N. Cannady

### B. For Attorneys

Date of signing: 08/18/2020

Signature of Attorney: Pro Se Vincent Cannady

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

The Defendant Paul B. DeWolfe Jr. is a Citizen of the State of Maryland

The Defendant Rebecca Feldman is a Citizen of the State of Maryland

The Defendant Talbot County Commissioner 3151 is a Citizen of the State of Maryland

## *Jurisdiction- Diversity*

# 28 U.S. Code § 1332.Diversity of citizenship; amount in controversy; costs

**(a)** The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

**(1)**

citizens of different States;

**(2)**

citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

**(3)**

citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

**(4)**

a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

## Jurisdiction- Federal Question

- Whether Article IV, § 3A and Judicial Proceedings Article § 1-302 of the Maryland Constitution is Unconstitutional and violations of the 4th, 5th, 6h, 7th and 14th Amendments including the Americans with Disabilities Act.

## Supplemental Statement of Claim

1. Broughton M. Earnest did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution. Plaintiff seeks the relief of $250,000 for said violations

2. Broughton M. Earnest violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and 14th Amendments,

2

and USC Title 38. Plaintiff seeks the relief of $250,000 for said violations

3. Broughton M. Earnest is a retired Judge who is 77 years old . Plaintiff requested cases ruled on since Judge Earnest was retired information was refused or not provided The State Court of Maryland did violate the Plaintiffs $4^{th}, 5^{th}, 6^{th}$, and 14th Amendment rights because the Plaintiff is not a Citizen of their State and does not acknowledge its Jurisdiction as the Citizen of another State. The State of Maryland and Broughton M. Earnest is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, $4^{th}, 5^{th}, 6^{th}$ , 14th Amendments, and 38 USC. Plaintiff seeks the relief of $1, 250,000 for said violations

4. Broughton M. Earnest was aware of the Lawsuit against the previous Judge who he is friends with. This Lawsuit states that Broughton M. Earnest is retaliating against the Plaintiff for filing against his friend. The Plaintiffs is a disabled veteran and the roads lack signs and traffic control and the state was aware of previous deadly accidents at Blackdog Alley. Of Easton and Talbot County Maryland. The Plaintiffs ADA, Civil Rights Act of 1964 Title V, and Commerce Act violations. Plaintiff seeks the relief of $250,000 for said violations

5. Broughton M. Earnest was forced to retire in 2013 due his advanced age of 7. It has been seven years since his retirement and the possible loss of mental acumen would affect the case against the Plaintiff.. Furthermore, Judge Earnest has a history of ruling against African Americans or people of color. The Plaintiffs is a person of color with Caucasian Ancestry but the State Court of Maryland list him as Black while he identifies with his Irish Ancestry. Plaintiffs concludes that because of the mass incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $250,000 for said violations.

6. Broughton M. Earnest as a Judge of the State of Maryland prosecutes disabled veterans and does not protect veterans from illegal prosecution. Earnest takes away from Veterans Rights under Title 38 by instituting a law that allows Veterans to seek veterans Court BEFORE a conviction instead of AFTER being convicted in a Court of Law. Resulting in many veterans including the Plaintiff being DENIED a transfer to the Veterans Courts in the State of Maryland.

This is in violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 USC. Plaintiff seeks the relief of $250,000 for said violations

7. Paul B. DeWolfe, Jr did in his Official and Un-Official Capacity did violate the Plaintiffs Civil Rights by allowing Maryland to reinstate charges against the Plaintiff after case was dismissed for an ADA Nolle Prosecuti. This is Double Jeopardy and a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

8. Paul B. Dewolfe Jr. did not Order Public Defender Petticoas to file Plaintiffs Transfer to Veterans Court a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $250,000 for Intentional Inflictions of Emotional Distress for said violations.

9. Paul B. DeWolfe, Jr. Ordered the Public Defenders Petticolas to take over from the Plaintiff from representing himself in order to convict the Plaintiff of a crime that he did not commit. The Plaintiff had not been

5

deemed mentally deficient. The Plaintiff OBJECTED to the Appointment and was told the PD would still be his representative until he showed up in Court prompting the Plaintiff to Appeal this Order due to COVID-19 and the Plaintiffs Pre Existing Conditions such an Order is a Death Sentence. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

10.   Paul B. Ddewolfe, Jr is his Official and UN-Offical Capacity did willfully DENY the Plaintiff the right to Defend himself . Keyhoe Ordered that the Motion to Dismiss be held in Abeyance until there is a ruling on the Motion to Withdraw filed by the Plainitiff but DeWolfe did not Order Ptticolas to file her own Motion to Withdraw ,so no ruling on the Withdrawal until Plaintiff Appears in Open Court and no ruling on the Motion to Dismiss until the Public Defenders Office is allowed to Withdraw by Keyhoe. Scott G. Patterson is refusing to complete Discovery until PD Petticolas is allowed to Withdraw further destroying the Plaintiffs case which is not a Felony case and he is not convicted of anything and the case had been previously dismissed.

This is Double Jeopardy and a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

11. Rebecca Feldman did in her Official and Un-Official Capacity did violate the Plaintiffs Civil Rights by allowing Maryland to reinstate charges against the Plaintiff after case was dismissed for an ADA Nolle Prosecuti. This is Double Jeopardy and a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

12. Rebecca Feldman Deputy Director of the Maryland Public Defenders Office. did not Order Public Defender Petticoas to file Plaintiffs Transfer to Veterans Court a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $250,000 for Intentional Inflictions of Emotional Distress for said violations.

7

13. Rebecca Feldman. Ordered the Public Defenders Petticolas to take over from the Plaintiff from representing himself in order to convict the Plaintiff of a crime that he did not commit. The Plaintiff had not been deemed mentally deficient. The Plaintiff OBJECTED to the Appointment and was told the PD would still be his representative until he showed up in Court prompting the Plaintiff to Appeal this Order due to COVID-19 and the Plaintiffs Pre Existing Conditions such an Order is a Death Sentence. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

14. Rebecca Feldman in her Official and UN-Offical Capacity did willfully DENY the Plaintiff the right to Defend himself . Keyhoe Ordered that the Motion to Dismiss be held in Abeyance until there is a ruling on the Motion to Withdraw filed by the Plainitiff but DeWolfe did not Order Ptticolas to file her own Motion to Withdraw ,so no ruling on the Withdrawal until Plaintiff Appears in Open Court and no ruling on the Motion to Dismiss until the Public Defenders Office is allowed to Withdraw by Keyhoe. Scott G. Patterson is refusing to

complete Discovery until PD Petticolas is allowed to Withdraw further destroying the Plaintiffs case which is not a Felony case and he is not convicted of anything and the case had been previously dismissed. This is Double Jeopardy and a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

15. Talbot County Commissioner 3151 did not write his or her name in Plaint text on the Charging Document and therefore is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

16. Talbot County Commissioner 3151 did not provide adequate legal reasoning for issuing a warrant without notifying the Plaintiff of said warrant. Plaintiff has filed his Objection to such lack of notification and voiced his Objection to such lack of Notification directly to Petticolas asking her to Withdraw which she refuses unless Plaintiff Appears in Open Court in violation of his ADA Rights and she

9

is working in collusion with the Patterson and Keyhoe to convict Plaintiff of a crime that he did not commit and for reinstating a charge that was dismissed under an ADA Nolle Prosecui 04/23/19. The afore mentioned are a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

The Plaintiff will be filing a Waivers of Service of Summons after the Court has given the Plaintiff a case number and after he has tried to resolve the case with the Defendants once more, he is doing this to help the Court hoping he can get a voluntary dismissal by getting Maryland to agree to ADR. The Plaintiff is not seeking funds from this Court except for it is a requirement in order to file for Diversity he seeks an Injunctive Relief but feels he is owed the funds he is asking the Court for Due to the Defendants Intentional Inflictions of Emotional Distress